## CARSON v. MOODY

[328 N.C. 565 (1991)]

WAYNE CARSON, PLAINTIFF v. C. R. MOODY, JIMMY BERRY, AND W. C. NELSON, JR., D/B/A NELSON TRACTOR CO., DEFENDANTS

No. 430PA90

(Filed 3 April 1991)

ON defendants' petition for discretionary review of a decision of the Court of Appeals, 99 N.C. App. 724, 394 S.E.2d 194 (1990), which affirmed in part and reversed in part an order entered by *Strickland, J.,* in Superior Court, CHEROKEE County, on 5 September 1989. Heard in the Supreme Court 15 March 1991.

*McLean & Dickson, P.A., by Russell L. McLean, III, for plaintiff.*

*Lacy H. Thornburg, Attorney General of North Carolina, by David F. Hoke, Assistant Attorney General, for defendant Moody.*

*Michael J. Bowers, Attorney General of Georgia, appearing pro hac vice, by Daryl A. Robinson, Senior Assistant Attorney General, and Eddie Snelling, Jr., Assistant Attorney General, for defendant Berry.*

PER CURIAM.

Discretionary review improvidently allowed.